**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

————————————————————————————————

**TRAVEL, ENTERTAINMENT,
AND MARKETING, LLC.,**

      **Plaintiff,**

**v.**                                  **Case No. 2:25-cv-02836**

**THE PI KAPPA ALPHA INTERNATIONAL
FRATERNITY, INC..**                **JURY DEMANDED**

      **Defendant.**

————————————————————————————————

**UNOPPOSED MOTION TO WITHDRAW**
————————————————————————————————

      **COMES NOW** the undersigned, Justin E. Mitchell, BPR No. 025578, of the law firm of Mitchell Law Firm LLC, and hereby files this unopposed Motion to Withdraw as counsel of record for Plaintiff Travel, Entertainment, and Marketing, LLC ("TEAM").

      As grounds for this Motion, the undersigned states that counsel and the Plaintiff have material differences as to how this case should best proceed, that the Plaintiff does not oppose the withdrawal and will in no way be prejudiced by the withdrawal, and that the withdrawal will not in any way materially delay the litigation.

      Furthermore, Mr. Robert Miller, on behalf of the Defendant, has no objection.

      The Parties ask the Court to stay proceedings for Forty-five (45) days from the entry of the order, to afford the Plaintiff time in which to obtain new counsel.

      The Parties also request that the Court extend the deadlines for completing all discovery, including written discovery, depositions, expert witness disclosures

1

and depositions, as well as the deadlines for Daubert motions, Rule 26 supplementations, and the time afforded for filing of dispositive motions, for the same number of days as any stay granted by the Court.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel moves this Court for an Order allowing Mitchell Law Firm LLC and Justin E. Mitchell to withdraw as counsel of record for Plaintiff TEAM.

Respectfully submitted,

**MITCHELL LAW FIRM LLC**

*Justin Mitchell*
_____
Justin E. Mitchell (25578)
6000 Poplar Avenue, Suite 250
Memphis, Tennessee 38119
901-268-6740
jed@jmitchlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on June 26, 2026, a true and correct copy of this document was electronically sent to the counsel of record for PIKE:


Robert F. Miller
Kathleen Solares
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
Phone: (901) 259-7100
Robert.miller@phelps.com
Katy.solares@phelps.com


_Justin Mitchell_
Justin E. Mitchell